IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3029 |
| v. | ) | |
| JONATHAN H. MAY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the sealed petition for action on conditions of pretrial release (filing no. 94) and the warrant are withdrawn.

DATED this 18th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge